

**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **19–15801 – LSS**    Chapter: **13**

**Darnell L Thomas**
Debtor

## ORDER DISMISSING CASE
## FOR FAILURE TO COMPLETE REQUIRED FILINGS
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

By notice of the Court dated April 30, 2019, and Order of the Court dated May 20th, 2019, the Debtor was admonished to file:

- ☑ Chapter 13 Plan
- ☑ Certificate of Mailing Plan to all creditors
- ☑ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income
- ☑ Schedules A/B D E/F G H I J
- ☑ Statement of Financial Affairs
- ☐ Verification of Creditor Matrix
- ☑ Other: Credit Counseling Certificate, Summary of Assets and Liabilities

The Debtor has failed to comply with said instructions of the Court. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, pursuant to 11 U.S.C. § 105(a) and § 1307(c), the above–captioned case under Chapter 13 is dismissed; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor, the Trustee shall first deduct and remit to the Clerk the amount of $0.00 for unpaid filing and administrative fees; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:    Debtor
       Attorney for Debtor – PRO SE
       Case Trustee – Nancy Spencer Grigsby

**End of Order**

15x06 (rev. 12/01/2015) – cmbrown1